**Electronically Filed
Supreme Court
SCPW-24-0000617
28-JAN-2025
01:29 PM
Dkt. 11 ODDP**

SCPW-24-0000617

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

CELESTE M. GONSALVES, Petitioner,

vs.

THE HONORABLE SHIRLEY M. KAWAMURA,
Judge of the Circuit Court of the First Circuit,
State of Hawai'i, Respondent Judge.

_____

ORIGINAL PROCEEDING
(CASE NO. 1CCV-21-0001444)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.,
and Circuit Judge Cahill in place of Ginoza, J., recused)

Upon consideration of the petition for writ of mandamus filed September 23, 2024, and the record, Petitioner has not demonstrated a clear and indisputable right to relief nor a lack of alternative means to seek relief. Womble Bond Dickinson (US) LLP v. Kim, 153 Hawai'i 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED: Honolulu, Hawai'i, January 28, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Peter T. Cahill

